IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRST INTERSTATE BANK, Trustee of the Declaration of Trust of Morton A. Ives Dated June 19, 1990;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MICHAEL IVES, KURTIS KAMMERER, and CYNTHIA KAMMERER,**<br><br>**Defendants.** | 8:25CV597<br><br>**ORDER** |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

### WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2304 858 4804, then hit the # key

Dated this 20th day of October, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge